UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


R# 283334

IN RE:                                    CASE NO. 09-10087-BKC-
KAWENGA BLAKE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,984.16 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____              _____
                                            NANCY N. HERKERT
                                            CHAPTER 13 TRUSTEE

Copies to:

KAWENGA BLAKE
19621 NW 24 AVE
MIAMI GARDENS, FL 33056

MATTHEW J. MILITZOK, ESQUIRE
3230 STIRLING ROAD
SUITE 1
HOLLYWOOD, FL 33021

SAXON MORTGAGE
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  09-10087-BKC-
KAWENGA BLAKE


                                          CHAPTER 13


KAWENGA BLAKE

19621 NW 24 AVE
MIAMI GARDENS, FL 33056


MATTHEW J. MILITZOK, ESQUIRE
3230 STIRLING ROAD
SUITE 1
HOLLYWOOD, FL 33021

SAXON MORTGAGE              ---------$       2,984.16
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137
                            **RETURNED FROM CREDITOR**
                            **BECAUSE CASE DISMISSED**
U.S. Trustee                **CLAIM REGISTER # ___1___**
51 S.W. 1st Avenue
Miami, Florida 33130